Dana N. Gwaltney (SBN 209530)
dgwaltney@shb.com
Sara J. Romano (SBN 227467)
sromano@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

Attorneys for Defendants
GUIDANT CORPORATION, GUIDANT SALES
CORPORATION, CARDIAC PACEMAKERS, INC.,
and BOSTON SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| ALFRED MARTINEZ and IRO TSAKOYIAS, individually and as successor in interest to decedent, ERNEST TSAKOYIAS<br><br>Plaintiffs,<br><br>v.<br><br>GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; PERMANENTE MEDICAL GROUP, INC.; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. 06-CV-05244 JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL DEADLINES** |

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that all pretrial proceedings, including the December 11, 2006 case management conference, as well as Defendants Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., and Boston Scientific Corporation's (collectively "Guidant") deadline to answer or otherwise respond to Plaintiffs' complaint, be continued.

1   Guidant contends a continuation of pretrial deadlines is appropriate because this action
2   should be transferred to the District of Minnesota and consolidated with *In Re Guidant Corp.*
3   *Implantable Defibrillators Products Liability Litigation,* MDL-1708, for pretrial proceedings.
4   On October 6, 2006, the Judicial Panel on Multidistrict Litigation ("JPML") issued
5   Conditional Transfer Order ("CTO") 19, which conditionally transfers this case to the District of
6   Minnesota for inclusion in the coordinated multidistrict litigation proceedings under 28 U.S.C. §
7   1407 being conducted by the Honorable Donovan W. Frank ("MDL Court").
8   On October 17, 2006, this Court heard oral argument on Plaintiffs' motion to remand this
9   case to state court and took the matter under submission.
10  On November 1, 2006, Plaintiffs filed a Motion and Brief to Vacate CTO 19 with the JPML.
11  Defendants filed their opposition brief on November 22, 2006.
12  The parties expect that Plaintiffs' Motion to Vacate CTO 19 will be considered by the JPML
13  at a hearing session that will likely be held late January 2007. Plaintiffs agree to notify this Court of
14  the date of the hearing session when it is set.
15  The parties agree that this case will not remain in this Court.
16  IT IS SO STIPULATED that all pretrial deadlines are continued.

DATED: November 27, 2006

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ Sara J. Romano
DANA N. GWALTNEY
SARA J. ROMANO

Attorneys for Defendants
GUIDANT CORPORATION, GUIDANT SALES
CORPORATION, CARDIAC PACEMAKERS, INC.
and BOSTON SCIENTIFIC CORPORATION

1  DATED: November 27, 2006                Respectfully submitted,

2                                          GILLIN, JACOBSON, ELLIS & LARSEN

3
                                           By: _____
4                                              LUKE ELLIS
                                               KRISTIN LUCEY
5

6                                          Attorneys for Plaintiffs
                                           ALFRED MARTINEZ and IRO TSAKOYIAS,
7                                          individually and as successor in interest to decedent,
                                           ERNEST TSAKOYIAS
8

9                                          **ORDER**

10       Pursuant to stipulation, IT IS SO ORDERED.

11

12  Dated: _____November 28_____, 2006

13                                         _____
                                           THE HONORABLE JAMES WARE
14