LUKE ELLIS, ESQ., C.S.B. 68863
KRISTIN LUCEY, ESQ., C.S.B. 184153
GILLIN, JACOBSON, ELLIS & LARSEN
2 Theatre Square, Suite 230
Orinda, CA 94563
Telephone:  (925) 253-5800
Facsimile:  (925) 253-5858

Attorneys for Plaintiffs
ALFRED MARTINEZ and
IRO TSAKOYIAS

**GRANTED**
*Judge James Ware*
3/20/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| ALFRED MARTINEZ, et al.<br><br>            Plaintiffs,<br><br>     v.<br><br>GUIDANT CORPORATION, et al.,<br><br>            Defendants. | Case No.:  CV 06-5244 HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, ALFRED MARTINEZ and IRO TSAKOYIAS, individually and as successor in interest to decedent ERNEST TSAKOYIAS, by and through their undersigned counsel, hereby requests that this Court, pursuant to Rule 41, Federal Rules of Civil Procedure, enter an Order voluntarily dismissing Plaintiffs' ALFRED MARTINEZ and IRO TSAKOYIAS, individually and as successor in interest to decedent ERNEST TSAKOYIAS, causes of action,

///

///

with prejudice, against Defendant THE PERMANENTE MEDICAL GROUP, INC. *only*.

Dated:  February 23, 2007                          GILLIN, JACOBSON, ELLIS & LARSEN

                                   By:___/s/ Kristin Lucey_____
                                          KRISTIN LUCEY
                                          Attorneys for Plaintiffs
                                          ALFRED MARTINEZ and
                                          IRO TSAKOYIAS